AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

Arnita Clark                                    **JUDGMENT IN A CIVIL CASE**

                    v.                          Case Number: 07 C 179

Cook County

☐  Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury rendered its verdict.

■  Decision by Court.  This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that defendant's motion to strike  is denied. Defendant's motion for summary judgment is granted.  Court enters judgment in favor of defendant Cook County and against plaintiff Arnita Clark.

Michael W. Dobbins, Clerk of Court

Date: 1/26/2009

_____
/s/ Carol Wing, Deputy Clerk